IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-03285 |
| | ) | |
| Terren G Jackson | ) | Chapter 13 |
| | ) | |
| | ) | Judge: A. Benjamin Goldgar |
| Debtor(s) | ) | |

**Notice of Objection**

The Debtor objects to the Trustee's Motion to Dismiss for Failure to Make Plan Payments.

David H. Cutler,
Attorney for the Debtor

/s/ *David H. Cutler*
By: David H. Cutler

Cutler & Associates, Ltd.
David H. Cutler
Attorney for the Debtor
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600