UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 18-03285
Terren G Jackson )
) Chapter: 13
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. The motion is granted. Debtor's current Chapter 13 Plan is modified to defer the current trustee default to the end of the Plan.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: December 15, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600